0793653304.1-

LAW OFFICES OF RICHARD A.
STEIGER
CAPRI R. STEVENS, ESQUIRE
Identification No. 81029
Two Logan Square
100 N. 18th St., Suite 405
Philadelphia, PA 19103-2707
Telephone:    (215) 557-5665

ATTORNEY FOR DEFENDANT
Allstate Indemnity Company

| JAY WOMACK AND HEATHER WOMACK, Plaintiffss, Vs. ALLSTATE INDEMNITY COMPANY, Defendant. | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY NO. 260500491 |
|---|---|

### NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446(d), the Defendant, Allstate Indemnity Company, files herewith a true copy of the Notice of Removal previously filed in the United States District Court for the Eastern District of Pennsylvania and a true and correct copy of the Notice to Adverse Parties of Filing of Notice of Removal.

_Capri R Stevens_

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Indemnity Company

I hereby certify that I have served a copy of this paper upon all other parties or their attorney of record by regular First-Class mail.

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVAINA

JAY WOMACK AND
HEATHER WOMACK,

   Plaintiffss,

Vs.

ALLSTATE INDEMNITY COMPANY,

   Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. sections 1441(a) and 1446, Defendant, Allstate Indemnity Company, hereby gives notice of removal of this action from the Court of Common Pleas for Philadelphia County Pennsylvania at No. 260500491 to the United States District Court for the Eastern District of Pennsylvania and in support thereof avers as follows:

1. On July 9, 2026 Plaintiffs filed a complaint against Defendant in the Court of Common Pleas of Philadelphia County, Pennsylvania. A true and correct copy of Plaintiffs' Complaint is attached hereto as Exhibit "A". A current docket sheet for the matter in the Philadelphia Court of Common Pleas is attached as Exhibit "B."

2. Plaintiffs are a natural persons who reside at 1033 Dell Drive, Apt. 1000, Cherry Hill, NJ 08003.

3. Defendant is an insurance company organized under the law of the State of Illinois, its principal place of business is located at 2775 Sanders Road, Northbrook, IL 60062, and thus Defendant is a citizen of the State of Illinois.

4. Plaintiffs' complaint asserts a claim for breach of an insurance contract. Plaintiffs' complaint alleges that Defendant breached the contract by failing to pay benefits to Plaintiffs.

5. Plaintiffs' damage estimate and demand is $141,672.73.

6. The amount in controversy raised by Plaintiffs' claim is in excess of $75,000 exclusive of costs and interest.

7.   This Court has jurisdiction to hear this case pursuant to 28 U.S.C. §1332 because Plaintiffs and

Defendant are citizens of different states and the amount in controversy is in excess of $75,000

exclusive of interest and costs.

8.   This action is properly and timely removed pursuant to 28 U.S.C.§1441(a) and in accordance

with the requirements of28 U.S.C. §1446.

9.   This notice of removal is being filed within thirty days after service of the complaint as required

under 28 U.S.C. §1446(b).

10.   In accordance with 28 U.S.C. §1446(d), Defendant is concurrently providing notice to the Court of

Common Pleas for Philadelphia County, Pennsylvania and to all parties of the removal of this matter.

(Exhibit C)

**WHEREFORE,** Defendant, Allstate Indemnity Company, hereby removes the above action now pending in the Court of

Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of

Pennsylvania.

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Indemnity Company


Date:  July 22, 2026

3

**CERTIFICATE OF SERVICE**

I, Capri R. Stevens, Esquire, attorney for Defendant, Allstate Insurance Company, hereby certify that a true and correct copy of the foregoing Notice of Removal was served via first-class mail, postage pre-paid, upon the following on the date below upon the following counsel of record:

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Indemnity Company

# Exhibit "A"

**ZENSTEIN KOVALSKY, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE
Identification No.:  62349
1240 Old York Road, Suite 101
Warminster, PA 18974
jzenstein@zensteinlaw.com
(215) 230-0800

MAJOR CASE



Filed and Attested by the Office of Judicial Records 09 JUL 2026 10:12 am I. LOWELL

Attorney for Plaintiffs

| | |
|---|---|
| JAY WOMACK AND HEATHER WOMACK<br>419 W. Jefferson Street<br>Media, PA 19063<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY<br>3100 Sanders Road<br>Northbrook, IL 60062 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br><br>DOCKET NUMBER: 260500491 |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.<br><br>You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the Plaintiffs. You may lose money or property or other rights important to you.<br><br>You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.<br><br>Philadelphia Bar Association Lawyer Referral and Information Service<br>One Reading Center Philadelphia, Pennsylvania 19107 (215) 238-6333<br>TTY (215) 451-6197 | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.<br><br>Asociacion De Licenciados De Filadelfia<br>Servicio De Referencia E Informacion Legal<br>One Reading Center Filadelfia, Pennsylvania (215) 238-6333/TTY (215) 451-6197 |

Case ID: 260500491

**ZENSTEIN KOVALSKY, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE          MAJOR CASE
Identification No.:  62349
1240 Old York Road, Suite 101
Warminster, PA 18974
jzenstein@zensteinlaw.com
(215) 230-0800                                    Attorney for Plaintiffs

| | |
|---|---|
| JAY WOMACK AND HEATHER WOMACK<br>419 W. Jefferson Street<br>Media, PA 19063<br><br>        v.<br><br>ALLSTATE INDEMNITY COMPANY<br>3100 Sanders Road<br>Northbrook, IL 60062 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br><br>DOCKET NUMBER: 260500491 |

## CIVIL ACTION COMPLAINT
### (1C. Contracts)

1.      Plaintiffs, Jay Womack and Heather Womack, are adult individuals residing at the address as set forth above.

2.      Defendant, Allstate Indemnity Company, is a corporation duly organized and existing which is licensed to issue policies of insurance in the Commonwealth of Pennsylvania and maintains its principal place of business at the address set forth above. Defendant regularly conducts business in the City and County of Philadelphia.

3.      Defendant in its regular course of business issued to Plaintiffs a policy of insurance, policy number 818746528, covering Plaintiffs' premises located at 419 West Jefferson Street, Media, PA 19063.  Plaintiffs are not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

4.      At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting within the course and scope of their employment and on the business of said employer.

5.      On or about May 7, 2025, while said policy of insurance was in full force and effect, Plaintiffs suffered a sudden and accidental direct physical loss to the insured premises, resulting in damage to the insured premises in an amount to be determined.

6.      Notice of Plaintiffs' covered loss was given to Defendant in a prompt and timely manner and Plaintiffs have done and otherwise performed all things required of Plaintiffs under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

7.      Defendant determined that Plaintiffs suffered loss to property that was partially covered under the terms and conditions of the policy, but denied coverage for a portion of the loss.

8.      Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiffs those benefits due and owing under said policy of insurance.

9.      Defendant has breached its contractual obligations to pay benefits to Plaintiffs for a loss covered under Defendant's policy of insurance.

10.     Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiffs as required under the aforementioned policy of insurance, Plaintiffs have suffered loss and damage in an amount in excess of $50,000.00.

WHEREFORE, Plaintiffs demand judgment against Defendant in an amount in excess of $50,000.00 together with interest and costs.

Case ID: 260500491

ZENSTEIN KOVALSKY, LLC

BY:  _____
JOSEPH A. ZENSTEIN, ESQUIRE
Attorney for Plaintiffs

Date: July 1, 2026

# Exhibit "B"

Court of Common Pleas - Civil
# Civil Docket Report

🛒 No Items in Cart  [ ➜] Log In ]

A $5 Convenience fee will be added to the transaction at checkout.

[ < New Search ]

##  Case Description

| | |
|---|---|
| **Case ID:** | 260500491 |
| **Case Caption:** | WOMACK ETAL VS ALLSTATE INDEMNITY COMPANY |
| **Filing Date:** | Tuesday , May 05th, 2026 |
| **Court:** | MAJOR NON JURY EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | NON JURY |
| **Case Type:** | CONTRACTS OTHER |
| **Status:** | LISTED FOR CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## 📅 Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONFERENCE | 06-AUG-2026 01:00 PM | VIA ADVANCED COMMUN. TECH. | REMOTE HEARING | *unassigned* |

## 🖥 Case Motions

*No case motions were found.*

1/5

 Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | ZENSTEIN, JOSEPH A |
| **Address:** | ZENSTEIN KOVALSKY, LLC<br>1240 OLD YORK ROAD<br>SUITE 101<br>WARMINSTER PA 18974<br>(215)230-0800<br>jzenstein@zensteinlaw.com | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | WOMACK, JAY |
| **Address:** | 419 W JEFFERSON STREET<br>MEDIA PA 19063 | **Aliases:** | *none* | |
| | | | | |
| 3 | 1 | | PLAINTIFF | WOMACK, HEATHER |
| **Address:** | 419 W JEFFERSON STREET<br>MEDIA PA 19063 | **Aliases:** | *none* | |
| | | | | |
| 4 | 7 | | DEFENDANT | ALLSTATE INDEMNITY COMPANY |
| **Address:** | 3100 SANDERS ROAD SUITE 201<br>NORTHBROOK IL 60062 | **Aliases:** | *none* | |
| | | | | |
| 5 | | | MOTION ASSIGNMENT JUDGE | GHEE, KIA |
| **Address:** | RM. 290 CITY HALL<br>BROAD AND MARKET STS.<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 6 | | | TEAM LEADER | ROBERTS, JOSHUA |
| **Address:** | 538 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| | | | | |
| 7 | | | ATTORNEY FOR DEFENDANT | STEVENS, CAPRI R |
| **Address:** | 1601 CHERRY ST., STE 1210<br>PHILADELPHIA PA 19102<br>(215)557-5665<br>capri.stevens@allstate.com | **Aliases:** | *none* | |
| | | | | |
| 8 | 7 | | ATTORNEY FOR DEFENDANT | STEIGER, RICHARD A |

| Address: | LAW OFFICES<br>3 PARKWAY, SUITE 1210<br>1601 CHERRY ST.<br>PHILADELPHIA PA 19102<br>(215)557-5666<br>rste3@allstate.com | Aliases: | none |

## 📖 Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 05-MAY-2026 02:06 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2605009220 | | |
| | | | |
| 05-MAY-2026 02:06 PM | COMMENCEMENT OF CIVIL ACTION | ZENSTEIN, JOSEPH A | |

| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>Final Cover | 🛒 Add All to Cart |

| **Docket Entry:** | *none.* |

| | |

| 05-MAY-2026 02:06 PM | PRAE TO ISSUE WRIT OF SUMMONS | ZENSTEIN, JOSEPH A | |

| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>Writ of Summons.pdf | 🛒 Add All to Cart |

| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. |

| | |

| 05-MAY-2026 02:06 PM | WAITING TO LIST CASE MGMT CONF | ZENSTEIN, JOSEPH A | |

| **Docket Entry:** | *none.* |

| | |

| 21-MAY-2026 10:33 AM | ENTRY OF APPEARANCE | STEVENS, CAPRI R | |

| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>022 Entry of Appear_State_CCP_PH_L - 2026-05-21T103037.826.pdf | 🛒 Add All to Cart |

| **Docket Entry:** | ENTRY OF APPEARANCE OF CAPRI R STEVENS AND RICHARD A STEIGER FILED. (FILED ON BEHALF OF ALLSTATE INDEMNITY COMPANY) |

3/5

| 28-MAY-2026 05:28 PM | AFFIDAVIT OF SERVICE FILED | ZENSTEIN, JOSEPH A | |
|---|---|---|---|
| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>Certificate of Service.pdf | | 🛒 **Add All to Cart** |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON ALLSTATE INDEMNITY COMPANY BY CERTIFIED MAIL ON 05/11/2026 FILED. (FILED ON BEHALF OF HEATHER WOMACK AND JAY WOMACK) | | |
| | | | |
| 09-JUL-2026 10:32 AM | COMPLAINT FILED NOTICE GIVEN | ZENSTEIN, JOSEPH A | |
| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>Complaint.pdf | | 🛒 **Add All to Cart** |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF HEATHER WOMACK AND JAY WOMACK) | | |
| | | | |
| 13-JUL-2026 05:59 PM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 14-JUL-2026 07:33 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 06-AUG-2026. | | |
| | | | |
| 14-JUL-2026 04:57 PM | PRAECIPE-SUBSTITUTE/ATTACH | ZENSTEIN, JOSEPH A | |
| **Documents:** | 📄 *Click link(s) to preview/purchase the documents*<br>Praecipe to Attach Exhibit.pdf | | 🛒 **Add All to Cart** |
| **Docket Entry:** | PRAECIPE TO SUBSTITUTE/ATTACH FILED. (FILED ON BEHALF OF HEATHER WOMACK AND JAY WOMACK) | | |

^ Go to Top



🏠 Philadelphia Courts

Questions regarding cases listed on this site can be directed to the Trial Division - Civil Administration at ✉ civiladminsupport@courts.phila.gov and 📞 (215) 686-8326 or the Office of Judicial Records - Civil at ✉ OJRCivil@courts.phila.gov and 📞 (215) 686-6652.

3

# Exhibit "C"

3

| | |
|---|---|
| JAY WOMACK AND<br>HEATHER WOMACK,<br><br>    Plaintiffs,<br><br>Vs.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>    Defendant. | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br><br>NO. 260500491 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1446(d), the Defendant, Allstate Indemnity Company, files herewith a true copy of the Notice of Removal previously filed in the United States District Court for the Eastern District of Pennsylvania and a true and correct copy of the Notice to Adverse Parties of Filing of Notice of Removal.

*Capri R Stevens*

_____

CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Indemnity Company

I hereby certify that I have served a copy of this paper upon all other parties or their attorney of record by regular First-Class mail.

2

0793653304.1-

LAW OFFICES OF RICHARD A. STEIGER
CAPRI R. STEVENS, ESQUIRE
Identification No. 81029
Two Logan Square
100 N. 18th St., Suite 405
Philadelphia, PA 19103-2707
Telephone:    (215) 557-5665

ATTORNEY FOR DEFENDANT
Allstate Indemnity Company

JAY WOMACK AND
HEATHER WOMACK,

    Plaintiffs,

Vs.

ALLSTATE INDEMNITY COMPANY,

    Defendant.

COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY

NO. 260500491

### NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL

Please take notice that the Defendant, Allstate Indemnity Company, on July 22, 2026, filed in the United States District Court for the Eastern District of Pennsylvania, a Notice of Removal of the above entitled cause from the Court of Common Pleas of Delaware County, a copy of which is attached to this Notice, thus effecting removal of the above entitled cause to the District Court in accordance with 28 U.S.C. Section 1446(d).

Date: July 22, 2026

_Capri R Stevens_

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Insurance Company

3

## <u>CERTIFICATE OF SERVICE</u>

I, Capri R. Stevens, Esquire, attorney for Defendant, Allstate Insurance Company, hereby certify that a true and correct copy of the foregoing Notice of Removal was served via first-class mail, postage pre-paid, upon the following on the date below upon the following counsel of record:

_____
CAPRI R. STEVENS, ESQUIRE
Attorney for Defendant
Allstate Indemnity Company